IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
08/10/2009

| | | |
|---|---|---|
| IN RE: | § | |
| APACHE AG SERVICE INC. | § | 98-21787-C-7 |
| DEBTOR | § | |

ORDER GRANTING
TRUSTEE'S EX PARTE MOTION TO DEPOSIT UNCLAIMED DIVIDENDS
INTO THE REGISTRY OF THE COURT PURSUANT 11 U.S.C. §374(a)

On this day came on for consideration the Trustee's Ex Parte Motion to Deposit Unclaimed Dividends into the Registry of the Court Pursuant to 11 U.S.C. § 347(a), and the Court, having considered the Motion, finds that notice of said Motion is not required and that cause exists to grant the Motion. It is therefore

ORDERED that Lisa Nichols, Trustee is authorized to pay funds in the amount set forth below, which represent the following unclaimed dividends into the registry of the Court:

| | | |
|---|---|---|
| Ricardo Castaneda<br>942 North CR 305<br>Orange Grove, TX 78372 | Claim # 10 | $ 2,183.18 |
| | Total | $ 2,183.18 |

DATED: *August 10, 2009*

U.S. BANKRUPTCY JUDGE

This order is signed for the Court by
the Clerk under authority of 28 U.S.C.
§ 956 and General Order 2000-3.
MICHAEL N. MILBY, CLERK
By: _____
Deputy Clerk

267

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

IN RE:                              §
APACHE AG SERVICE INC.              §       98-21787-C-7
    DEBTOR                          §

EX PARTE MOTION TO DEPOSIT UNCLAIMED DIVIDENDS
INTO THE REGISTRY OF THE COURT PURSUANT 11 U.S.C. §374(a)

The undersigned Trustee reports that the dividend check for the following creditor was returned by the Postmaster as unable to forward and the funds remained unclaimed

| | | |
|---|---|---|
| Ricardo Castaneda<br>942 North CR 305<br>Orange Grove, TX 78372 | Claim # 10 | $ 2,183.18 |
| | Total | $ 2,183.18 |

Pursuant to Bankruptcy Rule 3011 and 11 U.S.C. §347(a), the undersigned Trustee requests authorization to deposit the unclaimed dividends into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041 et seq).

Respectfully submitted,

/s/ Lisa Nichols
Lisa Nichols, Chapter 7 Trustee
State Bar No. 14929950
410 SPID #102
Corpus Christi, TX 78405
(361) 299-6100
(361) 299-6101 fax
lnicholstrustee@aol.com